**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| PATRICE PAYTON | CIVIL ACTION NO. 17-0046 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WILLIE SHAW, ET AL. | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, noting the lack of objections filed herein, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Payton's civil rights complaint be and hereby is **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 29th day of December, 2017.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT